

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-18-00638-CR

**In re** John David **Garcia**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

On September 10, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 19, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 11-05-075-CRW, styled *The State of Texas v. John David Garcia*, pending in the 81st Judicial District Court, Wilson County, Texas, the Honorable Russell Wilson presiding.